UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICE DANIEL

VERSUS

LOWE'S HOME CENTERS, L.L.C.,
ET AL

CIVIL ACTION

NO. 16-374-JWD-RLB

O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 11, 2016, to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 5) is **DENIED**.

Signed in Baton Rouge, Louisiana, on November 1, 2016.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA